IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAMAR J. FULLMER,

     Appellant,

v.

     Case No.  5D22-3010
     LT Case Nos. 1999-CF-37438-A
                     1999-CF-34908-A
                     2007-CF-48940-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed February 28, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Lamar J. Fullmer, Cocoa, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.

EVANDER, HARRIS and SOUD, JJ., concur.